# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSHUA FORSTER,

      Plaintiff,

  v.

CLENDENIN, *et al.*,

      Defendants.

Case No.  1:26-cv-02895-BAM (PC)

ORDER TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE

**FOURTEEN (14) DAY DEADLINE**

Plaintiff Joshua Forster ("Plaintiff") is a civil detainee proceeding *pro se* in this civil rights action.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

On April 15, 2026, in *Forster v. Clendenin, et al.*, No 1:25-cv-01053-CDB, the Court directed that Plaintiff's motion for preliminary injunction in that action be stricken and that the Clerk of the Court open a new action with that filing.  (*See Forster*, No. 1:25-cv-01053-CDB, ECF No. 21.)  The Court also directed Plaintiff to either file an application to proceed *in forma pauperis* in the new action once a new case number has been assigned or pay the filing fee in full. (*Id.*)

On April 16, 2026, the Clerk of the Court opened the instant action, *Forster v. Clendenin, et al.*, No. 1:26-cv-01895-BAM.  Plaintiff has not yet paid the $405.00 filing fee or submitted an

1

application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The Clerk of the Court shall send to Plaintiff the attached **non-prisoner** application to proceed *in forma pauperis*;

2.      Within **fourteen (14) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a **non-prisoner**, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and

3.      **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **April 18, 2026**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

2