# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER | Case No.  1:26-cv-02895-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER |
| v. | |
| CLENDENIN, *et al.*, | (ECF No. 5) |
| Defendants. | |

Plaintiff Joshua Forster ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed May 1, 2026.  (ECF No. 5.)  Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 5), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **May 5, 2026**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

1