**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA FORSTER,<br><br>Plaintiff,<br><br>v.<br><br>CLENDENIN, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-02895 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Docs. 1, 9) |

Joshua Forster is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Forster seeks a preliminary injunction to enjoin the defendants "from enforcing California Code of Regulations Title 9, Section 4014(2)(C)(2) . . . in any sexually violent predator evaluation or commitment proceeding." (Doc. 1 at 1.) The magistrate judge found the Court did not have jurisdiction to grant the requested relief because Forster did not file a complaint or any pleading stating cognizable claims. (Doc. 9 at 3.) Therefore, the magistrate judge recommended the Court deny the request. (*Id.* at 4.)

The Court served the Findings and Recommendations on Forster and notified him that any objections were due within 14 days. (Doc. 9 at 4.) The Court also warned Forster that failure to file objections may result in the waiver of certain rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Forster did not file objections, and the time to do expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 24, 2026 (Doc. 9) are **ADOPTED** in full.
2. Plaintiff's motion for preliminary injunction (Doc. 1) is **DENIED**.

IT IS SO ORDERED.

Dated: _July 24, 2026_

[signature]
UNITED STATES DISTRICT JUDGE